# EXHIBIT A

E-FILED; Howard Circuit Court
Docket: 4/30/2020 1:32 PM; Submission: 4/30/2020 1:32 PM

IN THE CIRCUIT COURT FOR THE COUNTY OF HOWARD, MARYLAND

Will McRaney,                                                                            Plaintiff

vs.

Tom Stolle, individually and as an agent of BMCD
Serve:  Tom Stolle
      303 Summer Walk Blvd.
      Milton, DE  19968

And

Thomas Winborn, individually and as an agent of BMCD
Serve:  Thomas Winborn
      4180 Riverchase Dr.
      Southside, AL 35907

And                                                                                      Defendants

Steve Fehrman, individually and as an agent of BMCD
Serve:  Steve Fehrman
      11282 Gunsmoke Ct.
      Lusby, MD  20657

And

Baptist Convention of Maryland/Delaware, Inc.
Serve:  Jeffrey T. Agnor, Resident Agent
      Davis Agnor Rapaport and Skalny, LLC
      Suite 600
      10211 Wincopin Circle
      Columbia, MD 21044

## COMPLAINT
### (JURY TRIAL DEMANDED)

The Plaintiff, Will McRaney, for his Complaint in the above matter, states as follows:

### Parties

1.    Plaintiff, Will McRaney (herein "McRaney"), is an adult resident of 9448 Lake Hickory

Nut Dr., Winter Garden, Florida 34787 who is a past Executive Director of the Baptist

Convention of Maryland/Delaware, Inc., whose principle place of business located at 10255 Old Columbia Rd,  Columbia, MD 21046.

2.      On information and belief, Defendant Tom Stolle, (herein "Defendant Stolle"), both individually and as an agent of BCMD, is currently a resident of Milton, Delaware and was an officer and the Chief Financial Officer of the Baptist Convention of Maryland/Delaware, Inc. at all times relevant to this matter.

3.      On information and belief, Defendant Thomas Winborn (herein "Defendant Winborn"), both individually and as an agent of BCMD, is currently a resident of Southside, Alabama and was a member of the governing General Mission Board of the Baptist Convention of Maryland/Delaware, Inc. at all times relevant to this matter.

4.      On information and belief, Defendant Steve Fehrman (herein "Defendant Fehrman"), both individually and as an agent of BCMD, is a resident of Lusby, Maryland and was a member of the governing General Mission Board of the Baptist Convention of Maryland/Delaware, Inc. at all times relevant to this matter.

5.      Defendant Baptist Convention of Maryland/Delaware, Inc. (herein "Defendant BCMD") was at all times relevant to this matter a Maryland corporation in good standing doing business in the State of Maryland.

Jurisdiction

6.      McRaney realleges and incorporates paragraphs one through five as if more fully set forth herein.

7.      The events which give rise to this matter either originated in or occurred in the State of Maryland.

First Cause of Action – Defendant Stolle

2

8.     McRaney realleges and incorporates paragraphs one through seven as if more fully set forth herein.

9.     In and around August 2015 Defendant Stolle, both individually and as an agent of BCMD, made defamatory statements regarding McRaney with staff at Defendant BCMD.

10.    The statements which Defendant Stolle made regarding McRaney were false and slanderous.

11.    The statements which Defendant Stolle made were not known by McRaney until May 3, 2019.

12.    The affidavit of Donna Jefferys attached as Exhibit One outlines the statements of which McRaney first became aware on May 3, 2019.  Donna Jefferys, a previous employee of Defendant BCMD has stated in an affidavit that "Interim Director Stolle told me in the BCMD office building that Dr. McRaney threatened BCMD attorney Jeff Agnor."  Donna Jefferys has further stated in the same affidavit "Stolle also told me that other BCMD staff members were afraid of Dr. McRaney."  She further states that the staff members "indicated they were not afraid and did not feel threatened by Dr. McRaney."

13.    Defendant Stolle made the statements knowingly, that is, without inadvertence or without mistake.

14.    Defendant Stolle is legally at fault for making the statements.

15.    Defendant Stolle's actions have caused McRaney to suffer damages in the form of damage to his reputation essential for his employment in the leadership of Christian ministry as well as financially.

<u>Second Cause of Action – Defendant Winborn</u>

3

16.    McRaney realleges and incorporates paragraphs one through seven as if more fully set forth herein.

17.    On or about February 6, 2016, March 6, 2016 and April 6, 2016 Defendant Winborn made defamatory statements regarding McRaney in a public forum on a website known as "SBC Today".

18.    The statements which Defendant Winborn made regarding McRaney were false, and libelous.

19.    Defendant Winborn made the statements knowingly, that is, without inadvertence or without mistake.

20.    Defendant Winborn is legally at fault for making the statements.

21.    Defendant Winborn's actions have caused McRaney to suffer damages in the form of damage to his reputation essential for his employment in leadership of Christian ministry as well as financially.

<u>Third Cause of Action – Defendant Fehrman</u>

22.    McRaney realleges and incorporates paragraphs one through seven as if more fully set forth herein.

23.    On or about November 13, 2017 Defendant Fehrman made defamatory statements regarding McRaney in a public forum on the Facebook page of an entity known as Connect 316.

24.    The statements which Defendant Fehrman made regarding McRaney were false and libelous.

25.    Defendant Fehrman made the statements knowingly, that is, without inadvertence or without mistake.

26.    Defendant Fehrman is legally at fault for making the statements.

27.     Defendant Fehrman's actions have caused McRaney to suffer damages in the form of damage to his reputation essential for his employment in leadership of Christian ministry as well as financially.

Fourth  Cause of Action – Defendant BCMD

28.     McRaney realleges and incorporates paragraphs one through twenty-seven as if more fully set forth herein.

29.     At all times relevant to this matter, Defendant Stolle was an officer of the BCMD and was the Chief Financial Officer (CFO) of the BCMD and at points the Interim Executive Director of the BCMD.

30.     At all times relevant to this matter, Defendants Winborn and Fehrman were members of the governing General Mission Board of the BCMD.

31.     At all times relevant to this matter, Defendant Stolle acted as an agent of BCMD in his official capacity as an officer and the CFO of the BCMD.

32.     At all times relevant to this matter, Defendants Winborn and Fehrman acted as agents of BCMD in their official capacity as members of the governing General Mission Board of the BCMD.

33.     BCMD is responsible for the defamatory and/or libelous statements made by Defendants Stolle, Winborn and Fehrman because of their acting as agents for BCMD.

34.     BCMD has not at any time repudiated or otherwise publicly or privately denied the statements of Defendants Stolle, Winborn and Fehrman.

35.     The statements of Defendants Stolle, Winborn and Fehrman have caused McRaney to suffer damages in the form of damage to his reputation, his employment as a trusted Christian minister and leader,  as well as financially and seeks compensation for all damages to reputation,

economic loss, intentional inflection of emotional distress, and punitive damages for the intentional acts of the defendants.

WHEREFORE, Plaintiff, Will McRaney, requests the Court enter judgement against Tom Stolle, Thomas Winborn, Steve Fehrman and the Baptist Convention of Maryland/Delaware, Inc. for compensatory damages, punitive damages, and attorneys' fees in the amount to be determined by the jury.

DEMAND FOR JURY TRIAL

Plaintiff, McRaney, hereby demands a trial by jury.

The 30th day of April, 2020.

Respectfully Submitted,

Will McRaney
9448 Lake Hickory Nut Dr.
Winter Garden, FL  34787
mcraney@aol.com
407-595-4443

E-FILED; Howard Circuit Court
Docket: 4/30/2020 4:19 PM; Submission: 4/30/2020 4:19 PM

EXHIBIT ONE

Re: Affidavit of Donna Jeffreys

Case:  C-13-CV-20-000376

Legal Complaint McRaney vs. BCMD, Stolle, Fehrman, Winborn

Submitted:  April 30, 2020

## AFFIDAVIT OF DONNA JEFFERYS

STATE OF WEST VIRGINA

COUNTY OF PRESTON

I, DONNA JEFFERYS, do hereby affirm under the penalties of perjury, that the matters set forth below are true.

1. I am over the age of eighteen (18), and I am competent to be a witness in this action, and have personal knowledge of the matters and facts set forth herein.

2. I served as the Executive Office Coordinator to the Baptist Convention of Maryland/Delaware (BCMD) from November 2014 through June 2017, which included the parts of the tenures of Executive Directors Dr. McRaney, Interim Rev. Tom Stolle, Rev. Rick Hancock, and Rev. Kevin Smith. Dr. McRaney served as the Executive Director of the BCMD from Oct. 1, 2013 through June 8, 2015.

3. In August 2015, Interim Executive Director Stolle told me in the BCMD office building that Dr. McRaney threatened BCMD attorney Jeff Agnor during a visit by he and Mrs. Sandy McRaney's to Agnor's office on August 3, 2015.

4. I responded to Stolle that I had never witnessed anything in Dr. McRaney that would indicate his capacity to threaten someone, let alone an attorney. Furthermore, if that had occurred, his wife Sandy would have immediately stopped him. Stolle reinforced his statement that in fact Dr. McRaney did threaten the BCMD's attorney and that I needed to trust him.

5. In subsequent conversations, Stolle also told me that other BCMD staff members were afraid of Dr. McRaney. I inquired of each onsite staff member in the building after Stolle's comments. Each staff member indicated they were not afraid and did not feel threatened by Dr. McRaney, contrary to Stolle's assertion.

6. In future conversations with Stolle, he verbally communicated to me a need to hire an armed guard to protect the staff and/or persons in various BCMD meetings from Dr. McRaney, communicating that if Dr. McRaney would threaten an attorney, he posed a physical risk to our staff and Board members.

7. Subsequently Stolle hired three different individuals armed guards over the coming months, including a former Sheriff's Deputy and current Maryland minister who serves as the Blue Ridge Baptist Association Director of Missions Rev. Bruce Conley to be an armed guard.

8. During my 15 years of employment with the BCMD, to my knowledge not once had the Convention secured a guard for a meeting, armed or unarmed.

9. During a recent phone conversation with Dr. McRaney on Saturday, May 3, 2019 I informed Dr. McRaney that BCMD Chief Financial Officer/Associate Executive Director Stolle told me in a conversation that he (Dr. McRaney) had personally threatened the

8

BCMD Attorney Jeff Agnor in August 2015 and some of the surrounding conversations and details.

10. This Affidavit is given for use as evidence in any mediation or legal action.

This the ___8___ day of May, 2019.

_DONNA JEFFERYS_

SWORN TO AND SUBSCRIBED BEFORE ME, this the _8th_ day of May, 2019.

_NOTARY PUBLIC_

My Commission Expires: 03-24-2022

(SEAL)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Deanna Lively
Preston County Clerk's Office
106 W. Main St., Suite 103
Kingwood, WV 26537
My Commission Expires March 24, 2022